```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
GUSTAVO RIVERA MARTINEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 10-357 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 9, 2010 |
| v. | ) | |
| GUSTAVO RIVERA MARTINEZ, | ) ) | Date: October 19, 2010 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. John A. Mendez |

THE PARTIES STIPULATE, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Martinez, that the Court should vacate the status conference scheduled for October 19, 2010, at 9:30 a.m., and reset it for November 9, 2010, at 9:30 a.m.

Counsel requires the continuance in order to review discovery with Mr. Martinez, and conduct investigation.

The parties further stipulate that the Court should exclude the period from the date of this order through November 9, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

parties stipulate that the ends of justice served by granting Mr. Martinez's request for a continuance outweigh the best interest of the public and Mr. Martinez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: October 18, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: October 18, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Michael D. Anderson
                                 _____
                                 MICHAEL D. ANDERSON
                                 Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__10/18/2010_____   _____
                                  /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge