```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   GUSTAVO RIVERA MARTINEZ
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   ) | No. 10-357 JAM |
|---|---|
| Plaintiff,   ) | STIPULATION AND TO CONTINUE STATUS CONFERENCE TO APRIL 26, 2011 AT 9:30 A.M. |
| v.   ) | |
| GUSTAVO RIVERA MARTINEZ,   ) | Date: April 12, 2011<br>Time: 9:30 a.m. |
| Defendant.   ) | Judge: Hon. John A. Mendez |

THE PARTIES STIPULATE, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Martinez, that the Court should vacate the status conference scheduled for April 12, 2011, at 9:30 a.m., and reset it for April 26, 2011, at 9:30 a.m.

Defense counsel requires the continuance because the Ninth Circuit Court Of Appeals has scheduled argument in San Francisco on an unrelated matter on April 12, 2011, at 9:00 a.m.

The parties further stipulate that the Court should exclude the period from the date of this order through April 26, 2011, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]     1                          10-357 JAM

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Martinez's request for a continuance outweigh the best interest of the public and Mr. Martinez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: March 22, 2011          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ M.Petrik
                               _____
                               MICHAEL PETRIK, Jr.
                               Assistant Federal Defender
                               Attorneys for Defendant

Dated: March 22, 2011          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ M.Petrik for Michael D. Anderson
                               _____
                               MICHAEL D. ANDERSON
                               Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED:_3/22/2011_____

                               /s/ John A. Mendez
                               _____
                               HON. JOHN A. MENDEZ
                               United States District Judge

STIPULATION AND [PROPOSED ORDER]      2                        10-357 JAM