```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-357 JAM |
| Plaintiff, ) | APPLICATION AND ORDER TO CONTINUE SENTENCING TO SEPTEMBER 27, 2011, AT 9:30 A.M. |
| v. ) | |
| GUSTAVO RIVERA MARTINEZ, ) | Date:  July 19, 2011 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

This matter is before the Court on July 19, 2011, at 9:30 a.m., for sentencing. Counsel for the defense requires a continuance to September 27, 2011, at 9:30 a.m., to prepare for sentencing. Assistant United States Attorney Michael Anderson, and United States Probation Officer Lori Clanton, have no objection to the defense request to continue the sentencing to September 27, 2011, at 9:30 a.m.

The modified disclosure schedule follows:

Reply Or Statement Of Non-Opposition:. . . . . . . September 20, 2011;

Motion For Correction Of The Presentence Report
Filed With The Court And Served On The Probation
Officer And Opposing Counsel No Later Than:. . . . September 13, 2011;

[PROPOSED] ORDER                              1                           10-357 JAM

```
The Presentence Report Filed With The Court And
Disclosed To Counsel No Later Than:. . . . . . . .  September 6, 2011;

Counsel's Written Objections To The Presentence
Report Delivered To The Probation Officer
And Opposing Counsel No Later Than:. . . . . . . . August 30, 2011;

The Proposed Presentence Report due:. . . . . . . .  August 16, 2011.
```

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from July 19, 2011, at 9:30 a.m., to September 27, 2011, at 9:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated: 6/27/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

[PROPOSED] ORDER        2                              10-357 JAM