1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       ) No. 10-357 JAM
                                   )
11            Plaintiff,           ) APPLICATION AND ORDER TO CONTINUE
                                   ) SENTENCING TO OCTOBER 25, 2011,
12      v.                         ) AT 9:30 A.M.
                                   )
13 GUSTAVO RIVERA MARTINEZ,        ) Date:  September 27, 2011
                                   ) Time:  9:30 a.m.
14            Defendant.           ) Judge: Hon. John A. Mendez
                                   )
15 _____ )

16

17      This matter is before the Court on September 27, 2011, at 9:30

18 a.m., for sentencing.  Counsel for the defense requires a continuance

19 to October 25, 2011, at 9:30 a.m., to prepare for sentencing.

20 Assistant United States Attorney Michael Anderson, and United States

21 Probation Officer Lori Clanton, have no objection to the defense

22 request to continue the sentencing to October 25, 2011, at 9:30 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 [PROPOSED] ORDER                    1                      10-357 JAM

1     Good cause appearing therefor,

2     **IT IS ORDERED** that this matter be continued from September 27,

3  2011, at 9:30 a.m. to October 25, 2011, at 9:30 a.m.

6  Dated: 9/21/2011                /s/ John A. Mendez
                                   JOHN A. MENDEZ
7                                  United States District Court Judge