1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       ) No. 10-357 JAM
                                   )
11               Plaintiff,        ) APPLICATION AND [PROPOSED] ORDER
                                   ) TO CONTINUE SENTENCING TO
12      v.                         ) NOVEMBER 1, 2011, AT 9:30 A.M.
                                   )
13 GUSTAVO RIVERA MARTINEZ,        ) Date:  October 25, 2011
                                   ) Time:  9:30 a.m.
14               Defendant.        ) Judge: Hon. John A. Mendez
                                   )
15 _____ )

16

17      This matter is before the Court on October 25, 2011, at 9:30 a.m.,

18 for sentencing.  Counsel for the defense requires a continuance to

19 November 1, 2011, at 9:30 a.m., to prepare for sentencing.  Assistant

20 United States Attorney Michael Anderson, and United States Probation

21 Officer Lori Clanton, have no objection to the defense request to

22 continue the sentencing to November 1, 2011, at 9:30 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 [PROPOSED] ORDER                     1                          10-357 JAM

1       Good cause appearing therefor,

2       **IT IS ORDERED** that this matter be continued to November 1, 2011,
3  at 9:30 a.m.

6  Dated: 10/20/2011            /s/ John A. Mendez
                                JOHN A. MENDEZ
7                               United States District Court Judge